JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALEZ NUNEZ, | Case No: 2:17-cv-05095-JCG |
| Plaintiff | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: March 22, 2018

THE HONORABLE JAY C. GANDHI
United States Magistrate Judge

-1-